# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **ISHMAEL A. WAHID,** | ) | **CASE NO.  5:05CV2013** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **CHRISTINE MONEY, WARDEN** | ) | |
| | ) | |
| | ) | **ORDER** |
| **Respondent.** | ) | |

On August 15, 2005, Petitioner, Ishmael A. Wahid, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging the constitutionality of his state conviction. (Dkt. #1).  On September 20, 2005, this case was referred to Magistrate Judge James S. Gallas for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and LR 72.1.  (Dkt. #5).  The Magistrate Judge, on September 22, 2005,  recommended that Petitioner's application for habeas corpus be dismissed without prejudice for both failure to exhaust state remedies and procedural default.  (Dkt. #7).  Petitioner then filed a "Motion to Withdraw Petition" in order to exhaust the state remedies available.  (Dkt. #8).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*.   The Court finds that the report and recommendation (Dkt. #7) is well-supported. Therefore, Magistrate Judge Gallas' report and recommendation is hereby **ADOPTED.** Accordingly, Petitioner's Motion to Withdraw his Petition for Writ of Habeas Corpus is **GRANTED** and this action is **DISMISSED**.  Furthermore, the court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

       **IT IS SO ORDERED**.

                         **/s/ Peter C. Economus - October 6, 2005**
                         **PETER C. ECONOMUS**
                         **UNITED STATES DISTRICT JUDGE**